Argued and submitted June 3, affirmed July 21, 2004

WILLIAM EUGENE ELI,
*Appellant,*

*v.*

Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

01-09-1397M; A116202

94 P3d 174

Bob Pangburn argued the cause for appellant. With him on the brief was Rebecca Neal-Richardson.

Denise G. Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Affirmed. *Eli v. Lampert (A116201)*, 194 Or App 280, 94 P3d 170 (2004).